IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Barnes, David

Printed: 6/24/08

Case Number: 07 B 11187
Judge: Squires, John H
Filed: 6/22/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 9, 2008
Confirmed: September 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,025.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 114.55 |
| Other Funds: |  | 110.45 |
| Totals: | 2,025.00 | 2,025.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 1,800.00 | 1,800.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 8,171.79 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 74.96 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 50.72 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 3,291.31 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 59.35 | 0.00 |
| 8. | AT&T Wireless | Unsecured | 216.31 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 39.00 | 0.00 |
| 10. | American Airlines Emp Fed CU | Unsecured | 692.64 | 0.00 |
| 11. | Otto Brown | Secured |  | No Claim Filed |
| 12. | American Airlines Emp Fed CU | Unsecured |  | No Claim Filed |
| 13. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 14. | Allied International Credit | Unsecured |  | No Claim Filed |
| 15. | American Airlines Emp Fed CU | Unsecured |  | No Claim Filed |
| 16. | Pinnacle Credit Services | Unsecured |  | No Claim Filed |
| 17. | AWA Collection | Unsecured |  | No Claim Filed |
| 18. | Citgo Petroleum Corp | Unsecured |  | No Claim Filed |
| 19. | Corporate Collection Service | Unsecured |  | No Claim Filed |
| 20. | GC Services Collection Agency | Unsecured |  | No Claim Filed |
| 21. | HSBC | Unsecured |  | No Claim Filed |
| 22. | Active Credit Service | Unsecured |  | No Claim Filed |
| 23. | Pinnacle Credit Services | Unsecured |  | No Claim Filed |
| 24. | Security Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Barnes, David | Case Number:  07 B 11187 |
| | Judge:  Squires, John H |
| Printed:  6/24/08 | Filed:  6/22/07 |

                                            _____        _____
                                            $ 14,396.08    $ 1,800.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 48.60 |
| 6.5% | 65.95 |
| | _____ |
| | $ 114.55 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

                              *[signature]* _____